UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC MEDICAID SERVICES, INC. d/b/a OUTREACH SERVICES, a Washington Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>INSURANCE CORPORATION OF BRITISH COLUMBIA, a Crown Corporation of British Columbia,<br><br>              Defendant. | NO. CV-09-139-EFS<br><br>**ORDER OF DISMISSAL** |

    By Stipulation filed May 28, 2009 (Ct. Rec. 3), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees under Federal Rule of Civil Procedure 41.

    Therefore, **IT IS ORDERED**:

    1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

    2. All pending trial and hearing dates are stricken;

    3. All pending motions are denied as moot; and

ORDER * 1

4. This file shall be closed.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this __1st__ day of June 2009.

                              S/ Edward F. Shea
                                 EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2009\139.Stip.Dismiss.wpd

ORDER * 2